UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY, | |
| Plaintiff, | C26-0610 TSZ |
| v. | MINUTE ORDER |
| ICERTIS, INC., a Delaware corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The dates and deadlines set in the Court's Order, docket no. 3, are STRICKEN pending further order of the Court.  On or before April 29, 2026, Defendant must file in response to Plaintiff's Complaint, docket no. 1, an answer or motion to dismiss.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of April, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1